UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2003 OCT 30 P 2: 46

US DISTRICT COURT
BRIDGEPORT CT

| | | |
|---|---|---|
| **RICHARD MASSARO** | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:02CV537 (PCD) |
| VS. | : | |
| **ALLINGTOWN FIRE DISTRICT, et al** | : | |
| Defendants | : | OCTOBER 30, 2003 |

## APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for the PLAINTIFF

10/30/03
Date

_____
Signature

Eugene N. Axelrod
Employment Law Group, LLC
8 Lunar Drive
Woodbridge, CT 06525
(203) 389-6526
CT00309

This is to certify that a copy of the foregoing was hand delivered to Paul Dorsi of Donahue, Votto & De Gennaro, PC this 30th day of October 2003.

Eugene Axelrod