UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable William I. Garfinkel, U. S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room 429

October 30, 2003     Held

2:30 p.m.            3 hours.

3-02-cv-537  (PCD) Massaro v Allingtown Fire Dist
-------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| Robert E. Arnold III | Law Offices of Robert E. Arnold LLC, 412 Orange St., New Haven, CT 203-777-3000 |
| Paul J. Dorsi | Donahue & Votto, PC, 415 Main St., West Haven, CT 203-934-6337 |
| Thomas E. Katon | Susman, Duffy & Segaloff, 55 Whitney Ave., PO Box 1684, New Haven, CT 203-624-9830 |
| Michael J. Melly | 143 Oneco Avenue #4, New London, CT 860-989-9613 |
| Jennifer L. Schancupp | Susman, Duffy & Segaloff, 55 Whitney Ave., PO Box 1684, New Haven, CT 203-624-9830 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK