53

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| RICHARD MASSARO | : | CIVIL CASE NO. |
| | | 3:02CV537(PCD) |
| PLAINTIFF | : | NEW HAVEN, CONN. |
| | | Oct 9 2 24 PM '03 |
| v. | : | |
| ALLIGTOWN FIRE DISTRICT, EY AL | | OCTOBER 8, 2003 |
| DEFENDANTS | | |

## MOTION TO WITHDRAW APPEARANCE

Counsel for the plaintiff, Michael J. Melly, respectfully requests that the court

allow him to withdraw his appearance for the plaintiff in this matter. Plaintiff, Richard

Massaro, continues to be represented by Eugene Axelrod, in this matter.

_____
Michael J. Melly
Fed. Bar No. 17841
143 Oneco Avenue Suite 4
New London, CT 06320
Tel: (860) 447-1990
    (869) 989-9613

GRANTED. SO ORDERED.

Peter C. Dorsey, U.S. District Judge

11/5/03