FILED

Nov 14  1 30 PM '03

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD F. MASSARO | : | CIVIL CASE NO. |
| | : | 3:02CV537(PCD) |
| PLAINTIFF | : | |
| | : | |
| VS. | : | |
| | : | |
| ALLINGTOWN FIRE DISTRICT, et al | : | November 13, 2003 |
| | : | |
| DEFENDANTS | : | |

### MOTION TO WITHDRAW APPEARANCE

The undersigned hereby moves this court for permission to withdraw his appearance for defendant John Samperi. The undersigned respectfully represents the following:

1.  That the defendant John Samperi has failed to cooperate in the defense of this matter from the inception of the case to the present. Mr. Samperi relocated to Vermont. The undersigned, along with co-defense counsel, have made numerous attempts to contact and obtain the cooperation of Mr. Samperi, both to assist in the defense of this case and to present himself for his deposition as noticed by plaintiff's counsel. These efforts include attempting to reach Mr. Samperi by phone, by Federal Express and by U.S. mail. Additionally, defense counsel retained the services of a private investigator to ascertain Mr. Samperi's whereabouts.

Mr. Samperi has repeatedly failed to adequately respond to any of these attempts at communication with him and has failed to either appear for or give timely notice of his unavailability to appear for his deposition. Mr. Samperi's conduct has resulted in the imposition of sanctions against him by this court. To date, Mr. Samperi remains in non-compliance with the court's discovery and sanctions orders despite explicit instructions from the undersigned to comply.

    2.    That in accordance with the requirements of Rule 7(e) of the Local Rules of Civil Procedure, notice was given to Mr. Samperi of the filing of this motion. A copy of said notice is attached hereto as Exhibit A.

Therefore, the undersigned respectfully requests that this court grant his motion to withdraw his appearance.

By_____
PAUL J. DORSI
Donahue, Votto & DeGennaro, P.C.
415 Main Street
West Haven, CT  06516
Fed. Bar No. ct 11864
Tel.: (203) 934-6337
Fax: (203) 932-5967

## CERTIFICATION

This is to certify that a copy of the foregoing was sent this date, first-class mail, postage prepaid, to:

Eugene N. Axelrod, Esq.
The Employment Law Group, LLC
8 Lunar Drive
Woodbridge, CT  06525

Thomas E. Katon, Esq.
Susman, Duffy & Segaloff, P.C.
55 Whitney Avenue
P. O. Box 1684
New Haven, CT  06507

Attorney Jennifer L. Schancupp
Susman, Duffy & Segaloff, P.C.
55 Whitney Avenue
P. O. Box 1684
New Haven, CT  06507

_____11/13/03_____      _____
Date                            PAUL S. DORSI

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| RICHARD MASSARO | \* | CIVIL ACTION NO. |
| | \* | 3:02 CV 0537 (PCD) |
| PLAINTIFF | \* | |
| VS. | \* | |
| ALLINGTOWN FIRE DISTRICT, ET AL. | \* | NOVEMBER 13, 2003 |
| | \* | |
| DEFENDANTS | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF FILING MOTION TO WITHDRAW APPEARANCE

TO:  John A. Samperi
     c/o Kara Quinn
     P. O. Box 253
     South Londonderry, VT 05155

### SENT VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED

   Attorneys Thomas E. Katon, Jennifer L. Schancupp and Paul J. Dorsi have filed Motions which seek the Court's permission to no longer represent John Samperi in the above entitled action. A copy of the Motions which were filed are appended hereto. If you wish to be heard on this motion, you should contact the Clerk's Office at United States District Court, District of Connecticut, 141 Church Street, New Haven, CT 06510 (Telephone: (203-773-2427). If the Motions to Withdraw are granted, you should obtain another Attorney or file a pro se appearance. If you fail to obtain another attorney or file a pro so appearance, you will not receive notice of Court proceedings in the case and a default judgment may be rendered against you. The appearances of Thomas E. Katon, Jennifer L. Schancupp and Paul J. Dorsi on behalf of John Samperi in this matter shall be deemed to have been withdrawn upon the granting of the Motions without the necessity of filing Withdrawals of Appearance.

BY: _____
Thomas E. Katon
Federal Bar No. ct 01565
Susman, Duffy & Segaloff, PC
55 Whitney Avenue, PO Box 1684
New Haven, CT 06507
Telephone No. 203-624-9830
Facsimile No. 203-562-8430
E-mail: tkaton@susmanduffy.com

2

## CERTIFICATION

This is to certify that a copy of the foregoing was sent this date, first-class mail, postage prepaid, to:

Eugene Axelrod, Esq.
The Employment Law Group
8 Lunar Drive
Woodbridge, CT 06525

Paul J. Dorsi, Esq.
Donahue, Votto & DeGennaro, PC
415 Main Street
West Haven, CT 06516

and via certified mail, return receipt requested, postage prepaid, to:

John A. Samperi
c/o Kara Quinn
P. O. Box 253
South Londonderry, VT 05155

Date 11/13/03

Thomas E. Katon

I:\Client A_E\Allingtown Fire District\Massaro\Pleadings\notice of motion to withdraw.wpd

3