UNITED STATES DISTRICT COURT    FILED

DISTRICT OF CONNECTICUT    Nov 17 10 04 AM '03

RICHARD F. MASSARO : CIVIL CASE NO. U.S. DISTRICT COURT
                                          NEW HAVEN, CONN.
        PLAINTIFF : 3:02CV537(PCD)

V. :

                                :
ALLINGTOWN FIRE DISTRICT, :
ALLINGTOWN BOARD OF FIRE :
COMMISSIONERS, LOUIS ESPOSITO, :
JOHN SAMPERI AND AARON HALEY : NOVEMBER 14, 2003
                                :
        DEFENDANTS

## MOTION FOR EXCEPTION TO SUPPLEMENTAL ORDER

Plaintiff Richard Massaro by and through his Attorney Eugene N. Axelrod of the

Employment Law Group LLC submits that the Supplemental Order does not apply to the

accompanying Motion To Revise The Schedule For Compliance With The Trial

Preparation Order and Memorandum in support thereof in the above captioned case for

the following reasons:

1. Plaintiff's Motion falls within the exceptions to the Supplemental Order pursuant

   subsections to 1. (k) and 1 (m).

2. Further, the instant Motion with supporting memorandum is submitted in furtherance

   of a modification to the court's The Trial Preparation Order in the above captioned

   case.

3. Accordingly time is of the essence.

4. The Defendants have been consulted and have consented to the instant motion for

modification of The Trial preparation Order .

THE PLAINTIFF

Richard Massaro

By:_____

Eugene N. Axelrod
The Employment Law Group LL
8 Lunar Drive
Woodbridge, CT 06525
Fed. Bar No. Ct00309
Tel. 203.389.6526
Fax. 203.389.2656

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed postage prepaid, first Class Mail to the following counsel of record:

Paul Dorsi, Esq.
Donahue, Votto & DeGenaro, PC
415 West mail Street
West haven, CT 06516

Thomas E. Katon, Esq.
Sussman, Duffy & Segeloff, PC
55 Whitney Avenue
New Haven, CT 06507

Eugene N. Axelrod

M:Mot exception standing order