UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Nov 17 10 04 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

RICHARD F. MASSARO : 
    Plaintiff : CIVIL CASE NO.
 : 3:02CV537 (PCD)
v. :
 :
ALLINGTOWN FIRE DISTRICT, :
ALLINGTOWN BOARD OF FIRE :
COMMISSIONERS, LOUIS ESPOSITO,: November 13, 2003
JOHN SAMPERI AND AARON HALEY :
    Defendants :

## MOTION TO REVISE THE SCHEDULE FOR COMPLIANCE WITH THE TRIAL PREPARATION ORDER

Plaintiff Richard F. Massaro, by and through his attorney Eugene N. Axelrod, Esq. of the Employment Law Group, LLC, hereby respectfully requests that the Court grant the Plaintiff's Motion to Revise the Schedule for Compliance with the Trial Preparation Order. The Plaintiff requests this revision because: (i) the Plaintiff never received the Court's October 23, 2003 Trial Preparation Order, and (ii) the Plaintiff only became aware of the Trial Preparation Order upon receiving a telephone call from counsel for the Defendant requested a copy of Plaintiff's Trial Memorandum. Counsel for the Defendant has stated that they have no objection to the granting of Plaintiff's motion to revise the schedule.

Plaintiff respectfully submits the annexed Memorandum of Law in Support of its Motion.

Respectfully Submitted,
The Plaintiff
Richard Massaro

1

By: _____
Eugene N. Axelrod, Esq. (ct 00309)
The Employment Law Group, LLC
8 Lunar Drive
Woodbridge CT 06525
Tel: (203) 389-6526
Fax: (203) 389-2656

## **CERTIFICATION**

*14th* This is to certify that a copy of the foregoing was sent via first class mail on this *14th* day of November 2003 to the following counsel of record:

Paul J. Dorsi, Esq.
Donahue, Votto & DeGennaro, P.C.
415 Main Street
West Haven CT 06516

Thomas E. Katon, Esq.
Sussman, Duffy & Segaloff, P.C.
55 Whitney Avenue
New Haven CT 06507

_____
Eugene N. Axelrod, Esq.

3