UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Nov 17  10 04 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

RICHARD F. MASSARO : CIVIL CASE NO.
: 3:02CV537(PCD)
PLAINTIFF :
:
V. :
:
ALLINGTOWN FIRE DISTRICT, :
ALLINGTOWN BOARD OF FIRE :
COMMISSIONERS, LOUIS ESPOSITO, :
JOHN SAMPERI AND AARON HALEY : NOVEMBER 14, 2003
:
DEFENDANTS

## MOTION FOR EXCEPTION TO SUPPLEMENTAL ORDER

Plaintiff Richard Massaro by and through his Attorney Eugene N. Axelrod of the Employment Law Group LLC submits that the Supplemental Order does not apply to the accompanying Motion To Revise The Schedule For Compliance With The Trial Preparation Order and Memorandum in support thereof in the above captioned case for the following reasons:

1. Plaintiff's Motion falls within the exceptions to the Supplemental Order pursuant subsections to 1. (k) and 1 (m).

2. Further, the instant Motion with supporting memorandum is submitted in furtherance of a modification to the court's The Trial Preparation Order in the above captioned case.

3. Accordingly time is of the essence.

4. The Defendants have been consulted and have consented to the instant motion for