mo t rev

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Nov 17  10 04 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

RICHARD F. MASSARO :
    Plaintiff :
: CIVIL CASE NO.
: 3:02CV537 (PCD)
v. :
:
ALLINGTOWN FIRE DISTRICT, :
ALLINGTOWN BOARD OF FIRE :
COMMISSIONERS, LOUIS ESPOSITO,: November 13, 2003
JOHN SAMPERI AND AARON HALEY :
    Defendants :
:

## MOTION TO REVISE THE SCHEDULE FOR COMPLIANCE WITH THE TRIAL PREPARATION ORDER

Plaintiff Richard F. Massaro, by and through his attorney Eugene N. Axelrod, Esq. of the Employment Law Group, LLC, hereby respectfully requests that the Court grant the Plaintiff's Motion to Revise the Schedule for Compliance with the Trial Preparation Order. The Plaintiff requests this revision because: (i) the Plaintiff never received the Court's October 23, 2003 Trial Preparation Order, and (ii) the Plaintiff only became aware of the Trial Preparation Order upon receiving a telephone call from counsel for the Defendant requested a copy of Plaintiff's Trial Memorandum. Counsel for the Defendant has stated that they have no objection to the granting of Plaintiff's motion to revise the schedule.

Plaintiff respectfully submits the annexed Memorandum of Law in Support of its Motion.

                                    Respectfully Submitted,
                                    The Plaintiff
                                    Richard Massaro

1

[Handwritten marginal note, left side:] December 9, 2003. As Plaintiff has had the TPO since November 11, 2003, and there has had plenty of months to comply, the TPO schedule shall be - Part of December 12, 2003, Part B - December 29, 2003, Part C: January 9, 2004 at which time the case will be claimed ready for trial.