Case 3:02-cv-00537-PCD    Document 66    Filed 12/11/2003    Page 1 of 1

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT



| | |
|---|---|
| Richard MASSARO,<br>Plaintiff, | :<br>:<br>: |
| vs. | :<br>: |
| ALLINGTOWN FIRE DISTRICT, et al.<br>Defendants. | :    Case No:  3:02cv537 (PCD)<br>:<br>: |

### ORDER

In light of Attorneys Jennifer Schancupp, Thomas Katon, and Paul Dorsi's Motions to Withdraw Appearance [Doc. Nos. 58, 59, and 60], Defendant John Samperi is ordered to:

File a pro se appearance or appearance of a replacement attorney on or before January 9, 2004.

Or, on or before January 9, 2004, show cause why Attorneys Schancupp, Katon, and Dorsi's Motions should not be granted.

Attorneys Schancupp, Katon, and Dorsi shall serve a copy of this Order with a copy of their Motions to Withdraw [Doc. Nos. 58, 59, 60] on Defendant, filing a return of service with the Court on or before January 9, 2004.

Should Defendant Samperi fail to comply with this Order a default will be entered against him on or after January 9, 2004.

SO ORDERED.

Dated at New Haven, Connecticut, December 10, 2003.

Peter C. Dorsey, U.S. District Judge
United States District Court