UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD F. MASSARO : | CIVIL CASE NO. |
| PLAINTIFF : | 3:02CV537(PCD) |
| : | NEW HAVEN, CONN. |
| V. : | |
| : | |
| ALLINGTOWN FIRE DISTRICT, et al., : | December 12, 2003 |
| DEFENDANTS : | |

2003 DEC 12 P 5:08

## PLAINTIFF'S MOTION TO ENLARGE TIME TO COMPLY WITH THE PRETRIAL PREPARATION ORDER

Plaintiff Richard R. Massaro by and through his attorney Eugene N. Axelrod, Esq. of The Employment Law Group LLC, hereby respectfully requests that this Court grant the Plaintiff's Motion To Enlarge Time To Comply With The Pretrial Preparation Order for the following facts and reasons:

1. On November 13, 2003 the Plaintiff by motion and supporting memorandum advised the court that the law firm had never received the Court's Trial Preparation Order; only becoming aware of same upon receipt of a telephone call from opposing counsel.

2. The Court granted plaintiff's motion on December 9, 2003 setting down December 12, 2003 as the date for compliance.

3. Counsel for Plaintiff has fully participated in the this case since its inception on          2001 and is the only individual fully familiar with the facts previously had herein.

4. The plaintiffs law firm is small consisting of three attorneys, two of which are recent additions to the law firm.

5. Attorney Axelrod has been largely confined to bed rest and medical treatment suffering from Influenza complicated by Bronchitis and his asthmatic condition since December 1, 2003.

6. His work regimen has been severely curtailed as a result of the Influenza complicated by Bronchitis and chronic asthmatic condition.

7. Annexed as an Exhibit is a note from his treating physician Dr. J. F. Hoenig, M.D.

8. Accordingly, counsel for plaintiff Peter Massaro respectfully requests that he be afforded additional time to begin to fully resume his duties and complete the Pre Trial Preparation Order.

9. This is the Plaintiffs second request for enlargement.

10. The Plaintiff has attempted to call Paul Dorsi, Esq. lead counsel for the defendants but has been unable to establish communication.

Respectfully submitted.

THE PLAINTIFF
Peter Massaro

By_____

Eugene Axelrod, Esq.
The Employment Law Group LLC
8 Lunar Drive
Woodbridge, CFT 06525
Juris No. Ct00309
Tel. 203.389.76526

M: Extend time pretrial order Massaro



**1008 Main Street, Branford, CT 06405**
Tel 203.315.2936 • Fax 203.315.2940 • www.beyondcare.net

Clinician Jaimy F. Honig MD

CT License #_____    DEA #_____

NAME Gene Axelrod    AGE____

ADDRESS_____

DATE 12-10-03

℞

Gene Axelrod is in treatment with me for Influenza and Bronchitis. He is resting in his residence and is unable to conduct normal business practice.

Refill_____ times

Jaimy F Honig MD
(Signature)



**BEYOND CARE, LLC**
mindful medicine for healthy lives

1008 Main Street, Branford, CT 06405
Tel 203.315.2936 • Fax 203.315.2940 • www.beyondcare.net

Clinician Jaimy T Honig MD

CT License # _____    DEA # _____

NAME Gene Axelrod    AGE _____
ADDRESS _____

DATE 12-10-03

℞ addendum:
Gene Axelrod should be able to conduct normal duties as of 12-17-03 approximately, depending on his rate of recovery.

Refill _____ times

Jaimy T Honig MD
(Signature)

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed postage prepaid on December 12, 2003 to the following counsel of record:

Paul J. Dorsi, Esq.
Donahue, Votto & DeGennaro, P.C.
415 Main Street
West Haven, CT 06516

Thomas E. Katon, Esq.
Sussman, Duffy & Segaloff, P.C.
55 Whitney Avenue
New Haven, CT 06507

_____
Eugene N. Axelrod