UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC 12 P 5:08

U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| RICHARD F. MASSARO | : CIVIL CASE NO. |
| | : 3:02CV537(PCD) |
| PLAINTIFF | : |
| | : |
| V. | : |
| | : |
| ALLINGTOWN FIRE DISTRICT, | : |
| ALLINGTOWN BOARD OF FIRE | : |
| COMMISSIONERS, LOUIS ESPOSITO, | : |
| JOHN SAMPERI AND AARON HALEY | : December 12, 2003 |
| : | |
| DEFENDANTS | |

## MOTION FOR EXCEPTION TO SUPPLEMENTAL ORDER

Plaintiff Richard Massaro by and through his Attorney Eugene N. Axelrod of the Employment Law Group LLC submits that the Supplemental Order does not apply to the accompanying Motion To Revise The Schedule For Compliance With The Trial Preparation Order and Memorandum in support thereof in the above captioned case for the following reasons:

1. Plaintiff's Motion falls within the exceptions to the Supplemental Order pursuant subsections to 1. (k) and 1 (m).

2. Further, the instant Motion with supporting memorandum is submitted in furtherance of a modification to the court's The Trial Preparation Order in the above captioned case.

3. Accordingly time is of the essence.

4. The Defendants have been consulted and have consented to the instant motion for

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via first class mail on this 12th day of December 12, 2003 to the following counsel of record:

Paul J. Dorsi, Esq.
Donahue, Votto & DeGennaro, P.C.
415 Main Street
West Haven CT 06516

Thomas E. Katon, Esq.
Sussman, Duffy & Segaloff, P.C.
55 Whitney Avenue
New Haven CT 06507

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Eugene N. Axelrod, Esq.

modification of The Trial preparation Order .

THE PLAINTIFF

Richard Massaro

By: _____

Eugene N. Axelrod
The Employment Law Group LL
8 Lunar Drive
Woodbridge, CT 06525
Fed. Bar No. Ct00309
Tel. 203.389.6526
Fax. 203.389.2656

CERTIFICATION

This is to certify that a copy of the foregoing was mailed postage prepaid, first Class Mail this 12th day of December, 2003 to the following counsel of record:

Paul Dorsi, Esq.
Donahue, Votto & DeGenaro, PC
415 West mail Street
West haven, CT 06516

Thomas E. Katon, Esq.
Sussman, Duffy & Segeloff, PC
55 Whitney Avenue
New Haven, CT 06507

_____
Eugene N. Axelrod

M:Mot exception standing order