UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RICHARD F. MASSARO

PLAINTIFF

V.

ALLINGTOWN FIRE DISTRICT, et al.,

DEFENDANTS

CIVIL CASE NO.
3:02CV537(PCD)
NEW HAVEN, CONN.

December 12, 2003

## PLAINTIFF'S MOTION TO ENLARGE TIME TO COMPLY WITH THE PRETRIAL PREPARATION ORDER

Plaintiff Richard R. Massaro by and through his attorney Eugene N. Axelrod, Esq. of The Employment Law Group LLC, hereby respectfully requests that this Court grant the Plaintiff's Motion To Enlarge Time To Comply With The Pretrial Preparation Order for the following facts and reasons:

1. On November 13, 2003 the Plaintiff by motion and supporting memorandum advised the court that the law firm had never received the Court's Trial Preparation Order; only becoming aware of same upon receipt of a telephone call from opposing counsel.

2. The Court granted plaintiff's motion on December 9, 2003 setting down December 12, 2003 as the date for compliance.

3. Counsel for Plaintiff has fully participated in the this case since its inception on _____ 2001 and is the only individual fully familiar with the facts previously had herein.