UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
DEC 19  3 15 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| RICHARD F. MASSARO<br>Plaintiff<br><br>v.<br><br>ALLINGTOWN FIRE DISTRICT, et al<br>Defendants | CIVIL CASE NO.<br>3:02CV537 (PCD)<br><br><br>December 17, 2003 |

## MOTION FOR EXCEPTION TO SUPPLEMENTAL ORDER

Plaintiff Richard Massaro, by and through his attorney Eugene N. Axelrod of the Employment Law Group, LLC submits that the Supplemental Order does not apply to the accompanying Motion to Postpone Jury Selection and Memorandum in support thereof in the above captioned case for the following reasons:

1. Plaintiff's Motion falls within the exception to the Supplemental Order pursuant to subsection 1(m).

2. Further, the instant Motion with supporting memorandum is submitted in furtherance of a modification to the court's Jury Selection Order in the above captioned case.

3. Accordingly time is of the essence.

4. The Defendant's have been consulted and have consented to the instant motion for postponement of jury selection.

THE PLAINTIFF
Richard Massaro

1

By: _____
Eugene N. Axelrod, Esq.
The Employment Law Group, LLC
8 Lunar Drive
Woodbridge CT 06525
Fed. Bar No. ct 00309
Tel: (203) 389-6526
Fax: (203) 389-2656

## Certification

This is to certify that a copy of the foregoing was mailed first class mail, postage pre-paid this 17th day of December 2003 to the following counsel of record:

Paul Dorsi, Esq.
Donahue, Votto & DeGenaro, PC
415 Main Street
West Haven CT 06516

Thomas E. Katon
Sussman, Duffy & Segeloff, PC
55 Whitney Avenue
New Haven CT 06507

Eugene N. Axelrod