UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Dec 19  3 24 PM '03

| | |
|---|---|
| RICHARD MASSARO<br>Plaintiff<br><br>v.<br><br>ALLINGTOWN FIRE DISTRICT, et al<br>Defendant | CIVIL CASE NO.<br>3:02CV537(PCD)<br><br>December 17, 2003 |

## PLAINTIFF'S MOTION TO POSTPONE JURY SELECTION

Plaintiff Richard R. Massaro by and through his attorney Eugene N. Axelrod, Esq. of The Employment Law Group, LLC hereby respectfully requests that this Court grant the Plaintiff Motion to Postpone Jury Selection for the following facts and reasons:

1. On November 13, 2003 the Plaintiff by motion and supporting memorandum advised the Court that the law firm had never received the Court's Trial Preparation Order; only becoming aware of the order upon receipt of a telephone call from opposing counsel.

2. The Court granted Plaintiff's motion on December 9, 2003 setting down December 12, 2003 as the date for compliance.

3. Counsel for Plaintiff has fully participated in this case since its inception in January 2001 and is the only individual fully familiar with the facts of this case.

4. The Plaintiff's law firm is small consisting of three attorneys, two of which are recent additions to the law firm.

5. On December 12, 2003, Attorney Axelrod filed a Motion to Enlarge Time to Comply with the Pretrial Preparation Order with this Court due to his

1

confinement to bed rest and medical treatment as a result from suffering from Influenza complicated by Bronchitis and his asthmatic condition since December 1, 2003.

6. Annexed to the December 12th motion was confirming documents from his treating physician Dr. J. F. Hoenig, M.D.

7. Attorney Axelrod expected that he would return to work on or about December 17, 2003, however, his recovery has been slower than anticipated and he has not been able to return to a full-time work schedule.

8. At the court's request, additional doctor's notes can be provided attesting to Attorney Axelrod's prognosis.

9. Accordingly, counsel for the Plaintiff Richard Massaro respectfully requests that the court postpone jury selection until the next round as counsel is unable to physically prepare for trial.

10. The Plaintiff has called Paul Dorsi, Esq. lead counsel for the Defendant who consents to this motion.

Respectfully submitted,

THE PLAINTIFF
RICHARD MASSARO

By_____
Eugene N. Axelrod, Esq.
The Employment Law Group, LLC
8 Lunar Drive
Woodbridge CT 06525
Fed. Bar No. ct 00309
Tel: (203) 389-6526
Fax: (203) 389-2656

## Certification

I hereby certify that a copy of the foregoing was mailed postage prepaid on December 17, 2003 to the following counsel of record.

Paul J. Dorsi, Esq.
Donahue, Votto & DeGennaro, P.C.
415 Main Street
West Haven CT 06516

Thomas E. Katon, Esq.
Sussman, Duffy & Segaloff, P.C.
55 Whitney Avenue
New Haven CT 06507

_____
Eugene N. Axelrod