```
                    UNITED STATES DISTRICT COURT
                              FOR THE
                      DISTRICT OF CONNECTICUT

*******************************
 RICHARD MASSARO              *   CIVIL ACTION NO.
                              *    3:02 CV 0537 (PCD)
           PLAINTIFF          *
 VS.                          *
 ALLINGTOWN FIRE DISTRICT, ET *   DECEMBER 23, 2003
 AL.                          *
           DEFENDANTS         *
*****************************
```

**NOTICE OF SERVICE OF COURT ORDER**

    The undersigned hereby gives notice that pursuant to the Order of the United States District Court (Dorsey, J.) dated December 10, 2003, a copy of said Order has been served via first class mail and certified mail, return, receipt requested. A copy of said Order and certification with respect to service is attached hereto.

```
                         BY:_____
                             Thomas E. Katon
                             Federal Bar No. ct 01565
                             Susman, Duffy & Segaloff, PC
                             55 Whitney Avenue, P.O. Box 1684
                             New Haven, CT 06507
                             Telephone No. 203-624-9830
                             Facsimile No. 203-562-8430
                             E-mail: Tkaton@susmanduffy.com
```

## **CERTIFICATION**

    This is to certify that a copy of the foregoing was sent this date, first-class mail, postage prepaid, to:

Eugene Axelrod, Esq.
The Employment Law Group
8 Lunar Drive
Woodbridge, CT 06525


Paul J. Dorsi, Esq.
Donahue, Votto & DeGennaro, PC
415 Main Street
West Haven, CT 06516



December 23, 2003                    _____
                                           Thomas E. Katon



I:\Client A_E\Allingtown Fire District\Massaro\Pleadings\Notice.wpd

2