THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RICHARD MASSARO
    PLAINTIFF

v.

ALLINGTOWN FIRED DISTRICT,
et. al.,
    DEFENDANTS

CIVIL ACTION

3:02CV537 (PCD)

December 29, 2003

## MOTION TO QUASH NOTICE OF DEPOSITION

Plaintiff Richard Massaro, by and through his attorney Eugene N. Axelrod, Esq. of the Employment Law Group, LLC., requests this honorable Court to quash the Notice of Deposition dated December 18, 2003, issued by the law firm of Susman, Duffy & Segaloff, P.C. and states the following:

1. Plaintiff was served with a Notice of Deposition on December 18, 2003.

2. The Discovery period with extension closed on April 30. 2003.

3. Neither the Defendant nor the Plaintiff has requested a further extension of the scheduling order for the purpose of continuing discovery.

4. This Court issued its Pre-Trial Order on October 23, 2003.

5. The Plaintiff is in the process of preparing for trial which is scheduled for jury selection on January 9, 2004.

6. The Defendant has given no reason or explanation as to why this deposition should take place on the eve of trial, eight months after the close of discovery.

Respectfully submitted,
The Plaintiff
Richard Massaro

By:_____
Eugene N. Axelrod, Esq.
The Employment Law Group
8 Lunar Drive
Woodbridge, CT 06525
Federal Bar No. ct 00309
Tel: (203) 389-6526
Fax: (203) 389-2656

## CERTIFICATION

A copy of the foregoing was sent via first class mail, postage pre-paid, on this 29th day of December 2003 to the following counsels of record:

Thomas E. Katon, Esq.
Susman, Duffy & Segaloff, LLC
55 Whitney Avenue,
New Haven, CT 06507

Paul J. Dorsi, Esq.
Donahue, Votto & DeGennaro, P.C.
415 Main Street
West Haven CT 06516

_____
Eugene N. Axelrod, Esq.