UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **RICHARD MASSARO** <br> **Plaintiff** | CIVIL CASE NO. <br> 3:02CV537 (PCD) |
| v. | |
| **ALLINGTOWN FIRE DISTRICT, et al** <br> **Defendant** | December 22, 2003 |

FILED
2003 DEC 24  P 3: 42
DISTRICT COURT
NEW HAVEN, CONN.

## PLAINTIFF'S MOTION TO POSTPONE COMPLETION OF THE PRETRIAL ORDER AND JURY SELECTION

Plaintiff Richard R. Massaro by and through his attorney Eugene N. Axelrod, Esq. of The Employment Law Group, LLC hereby respectfully requests that this Court grant the Plaintiff's Motion to reschedule completion of The Pre-Trial Order and Postpone Jury Selection in the above captioned case due to continued illness as stated below:

1.  On November 13, 2003 the Plaintiff by motion and supporting memorandum advised the Court that the law firm had never received the Court's Trial Preparation Order; only becoming aware of the order upon receipt of a telephone call and facsimile of the order from opposing counsel. Counsel reasonably believes that the courts' order was sent to a former associate attorney Michael Melly whose withdrawl from this case had apparently not been registered by the court. In addition the list of counsel inexplicably failed to include the appearance of Eugene N. Axelrod.

2.  The Court granted Plaintiff's motion on December 9, 2003 setting down December 12, 2003 as the date for compliance.

1

3. Counsel for Plaintiff has fully participated in this case since its inception in January 2001 and is the only individual fully familiar with all of the facts heretofore had herein.

4. The Plaintiff's law firm is small consisting of three attorneys, two of which are recent additions to the law firm.

5. December 12, 2003, Attorney Axelrod filed a Motion to Enlarge Time to Comply with the Pretrial Preparation Order with this Court due to his confinement to bed rest and medical treatment as a result from suffering from serious effects of Influenza complicated by Bronchitis and his asthmatic condition since December 1, 2003.

6. Annexed to the December 12th motion were confirming documents from his treating physician Dr. J. F. Hoenig, M.D.

7. Attorney Axelrod and his physician had expected that he would be able to return to work on or about December 17, 2003, however, his recovery has been slower than anticipated and he has not at all been able to return to a full-time work schedule.

8. Annexed hereto is a second document from Attorney Axelrods treating physician, Dr. J. Hoenig, M.D. dated December 23, 2002 documenting that he continues to suffer from the serious effects of extended Influenza and Bronchitis which "requires rest at home with limited ability to conduct professional duties... until at least the end of the year".

9. Attorney Axelrod apologizes to the court for his illness and consequent inability to perform his professional duties.

2

10. With due respect to the court Attorney Axelrod is a fifty-seven year old attorney that has not recovered as rapidly as expected from the Influenza and Bronchitis which severely effects his breathing due to a chronic asthmatic condition for which he takes daily medications.

11. The unanticipated illness and the complications to his recovery have posed great hardship upon him and imposed a great deal of mental stress as a consequence of his heavy work load and professional responsibilities.

12. Counsel respectfully requests that the court permit him the time necessary to regain his health.

13. The Plaintiff has called Paul Dorsi, Esq. lead counsel for the Defendant. However, based upon prior conversations he does not expect opposition to this motion.

Respectfully submitted,

THE PLAINTIFF
RICHARD MASSARO

By_____
Eugene N. Axelrod, Esq.
The Employment Law Group, LLC
8 Lunar Drive
Woodbridge CT 06525
Fed. Bar No. ct 00309
Tel: (203) 389-6526
Fax: (203) 389-2656



1008 Main Street, Branford, CT 06405
Tel 203.315.2936 • Fax 203.315.2940 • www.beyondcare.net

**Clinician**_____

CT License #_____ DEA #_____

NAME_____ AGE_____

ADDRESS_____

DATE_____

**R**

duties & responsibilities
from Dec. 17 until at
least the end of the year.
We anticipate his returning
to more active professional
duties in early January.

Refill_____times

_____ J Honig MD _____
(Signature)



**1008 Main Street, Branford, CT 06405**
Tel 203.315.2936 • Fax 203.315.2940 • www.beyondcare.net

**Clinician** Caimy Honig, MD

CT License # _____   DEA # _____

NAME Gene Axelrod           AGE _____

ADDRESS _____

DATE 12-23-03

**℞**

Atty Axelrod has suffered an extended exacerbation of bronchitis 2° to Influenza and requires rest at home with limited ability to conduct professional

Refill _____ times

J Honig MD
(Signature)

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed postage prepaid on December 22, 2003 to the following counsel of record.

Paul J. Dorsi, Esq.
Donahue, Votto & DeGennaro, P.C.
415 Main Street
West Haven CT 06516

Thomas E. Katon, Esq.
Sussman, Duffy & Segaloff, P.C.
55 Whitney Avenue
New Haven CT 06507

_____
Eugene N. Axelrod

4