UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

```
*******************************
 RICHARD MASSARO               *   CIVIL ACTION NO.
                               *    3:02 CV 0537 (PCD)
           PLAINTIFF           *
 VS.                           *
 ALLINGTOWN FIRE DISTRICT, ET  *   DECEMBER 31, 2003
 AL.                           *
           DEFENDANTS          *
******************************
```

## **DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME**

Defendants in the above-entitled matter by their attorney move for an enlargement of time within which to comply with the Court's Trial Preparation Order, as amended, requiring Section B compliance by January 5, 2004.

In support of this motion, defendants state:

1. The Court issued its Trial Preparation Order dated October 23, 2003, requiring Section A compliance by the plaintiff by November 7, 2003 and Section B compliance by the defendants by November 17, 2003.

2. On November 11, 2003 defense counsel's office contacted plaintiff's counsel to obtain a copy of their Section A compliance, and was informed that they were unaware of the Trial Preparation Order and had not prepared or filed any compliance.

3. On November 17, 2003 plaintiff's counsel filed a Motion for Extension of Time to Comply with the Trial Preparation Order.

4.  On December 9, 2003, the Court granted plaintiff's motion and extended the deadline for Section A compliance to December 12, 2003 and the deadline for Section B compliance to December 24, 2003.

5.  On December 12, 2003 plaintiff's counsel filed a second Motion for Extension of Time to Comply with the Trial Preparation Order.

6.  On December 17, 2003, the Court granted plaintiff's motion and extended the deadline for Section A compliance to December 24, 2003 and the deadline for Section B compliance to January 5, 2004.

7.  On December 24, 2003 plaintiff's counsel filed a Motion to Postpone Completion of the Trial Preparation Order and Jury Selection, which motion has not yet been ruled upon.

8.  On December 30, 2003, defense counsel's office contacted plaintiff's counsel to obtain a copy of their Section A compliance, and was informed that they had not filed any compliance, due to their pending motion for additional time.

Counsel requires this extension of time due to the fact that defendants' Section B compliance is based on responding to plaintiff's Section A compliance, which has not yet been filed. Defendants have been and will continue to be prejudiced in their

2

efforts to prepare for trial as a result of plaintiff's noncompliance.

Based on the foregoing, defendants assert that good cause exists for the enlargement of time as requested herein.

Pursuant to Local Rule 9, counsel for the defendants states that opposing counsel does not object to the granting of this motion.  Counsel further states that this is the defendants' first request for an enlargement of time concerning this compliance.

BY:_____
       Thomas E. Katon
       Federal Bar No. ct 01565
       Susman, Duffy & Segaloff, PC
       55 Whitney Avenue, PO Box 1684
       New Haven, CT 06507
       Telephone No. 203-624-9830
       Facsimile No. 203-562-8430
       E-mail: tkaton@susmanduffy.com

3

## **CERTIFICATION**

     This is to certify that a copy of the foregoing was sent this date, first-class mail, postage prepaid, to:

Eugene Axelrod, Esq.
The Employment Law Group
8 Lunar Drive
Woodbridge, CT 06525


Paul J. Dorsi, Esq.
Donahue, Votto & DeGennaro, PC
415 Main Street
West Haven, CT 06516


_____                    _____
Date                                                                          Thomas E. Katon


I:\Client A_E\Allingtown Fire District\Massaro\Pleadings\motion pretrial order compliance.wpd