2003 DEC 29 P 4:13
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| RICHARD MASSARO * | CIVIL ACTION NO. |
| * | 3:02 CV 0537 (PCD) |
| PLAINTIFF * | |
| VS. * | |
| ALLINGTOWN FIRE DISTRICT, ET * | DECEMBER 29, 2003 |
| AL. * | |
| DEFENDANTS * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION FOR ORDER OF NOTICE

The undersigned hereby move this court for an Order of Notice via publication upon Defendant John Samperi of the Court's Order dated December 10, 2003 (Doc. i.d. no. 66) that, on or before January 9, 2004, Attorneys Schancupp, Katon and Dorsi shall serve a copy of said order with a copy of their Motions to Withdraw (Doc. i.d. nos. 58, 59, 60) on Defendant John Samperi. In support of this motion, the undersigned represent the following:

1. Since the commencement of this matter, Mr. Samperi relocated to Vermont. The undersigned, along with co-defense counsel, have made numerous attempts to contact Samperi. These efforts include attempting to reach Mr. Samperi by phone, by Federal Express and by U.S. mail. Additionally, defense counsel retained the services of a private investigator to ascertain Mr. Samperi's whereabouts. Mr. Samperi has repeatedly failed to adequately respond to any of these attempts at communication with him. More specifically, the undersigned have attempted to contact

Mr. Samperi at his last known address in Connecticut, namely, 111 David Street, West Haven, CT 06516, his sister's address in Connecticut, namely, 165 Center Street, West Haven, CT 06516 and at his address in Vermont, namely, c/o Kara Quinn, P.O. Box 253, South Londonderry, VT 05155. The undersigned sent a copy of the Motions to Withdraw to Samperi at his Vermont address via certified mail, return receipt requested. This mailing came back unclaimed after three attempts of the postal service at delivery. A copy of the envelope bearing the stamp of the postal service is attached hereto as Exhibit A.

2. The undersigned have served a copy of the Court's December 10, 2003 Order along with copies of their Motions to Withdraw upon Defendant Samperi at his last known address in Connecticut, namely, 111 David Street, West Haven, CT 06516, his sister's address in Connecticut, namely, 165 Center Street, West Haven, CT 06516 and at his address in Vermont, namely, c/o Kara Quinn, P.O. Box 253, South Londonderry, VT 05155. Out of an abundance of caution, and because prior efforts to contact Mr. Samperi at these addresses have not been successful, the undersigned seek an Order of Notice for the Court's Order of December 10, 2003 to be published in the Bennington Banner once a week for two successive weeks, commencing on or before January 5, 2004.

BY: _____
Jennifer L. Schancupp
Federal Bar No. ct 11876
Susman, Duffy & Segaloff, PC
55 Whitney Avenue, P.O. Box 1684
New Haven, CT 06507
Telephone No. 203-624-9830
Facsimile No. 203-562-8430
E-mail: jschancupp@susmanduffy.com

BY: _____
Thomas E. Katon
Federal Bar No. ct 01565
Susman, Duffy & Segaloff, PC
55 Whitney Avenue, PO Box 1684
New Haven, CT 06507
Telephone No. 203-624-9830
Facsimile No. 203-562-8430
E-mail: tkaton@susmanduffy.com

3

## CERTIFICATION

This is to certify that a copy of the foregoing was sent this date, first-class mail, postage prepaid, to:

Eugene Axelrod, Esq.
The Employment Law Group
8 Lunar Drive
Woodbridge, CT 06525


Paul J. Dorsi, Esq.
Donahue, Votto & DeGennaro, PC
415 Main Street
West Haven, CT 06516

12/29/03
Date

Jennifer L. Schancupp

I:\Client A_E\Allingtown Fire District\Massaro\Pleadings\motion for order of notice.wpd

4






**EXHIBIT A**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John A. Samperi, Esq.
c/o Kara Quinn
P. O. Box 253
South Londonderry, VT 05155

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☑ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered      ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7003 1010 0001 6693 6229

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540