UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD F. MASSARO<br>Plaintiff | CIVIL CASE NO.<br>3:02CV537 (PCD) |
| v. | |
| ALLINGTOWN FIRE DISTRICT, et al<br>Defendants | December 24, 2003 |

## MOTION FOR EXCEPTION TO SUPPLEMENTAL ORDER

Plaintiff Richard Massaro, by and through his attorney Eugene N. Axelrod of the Employment Law Group, LLC submits this Motion for Exception To Supplemental Order in support of the accompanying Motion to Postpone Completion Of Pre-Trial Order And Jury Selection in the above captioned case for the following reasons:

1. Plaintiff's Motion falls within the exception to the Supplemental Order pursuant to subsection 1(m).

2. Further, the instant Motion with supporting memorandum is submitted in furtherance of a modification to the court's Pre-Trial Order and Jury Selection Order in the above captioned case.

3. Accordingly time is of the essence.

4. The Defendant's have been consulted but counsel and have consented to the instant motion for postponement of jury selection.

THE PLAINTIFF
Richard Massaro

1

By: /s/
Eugene N. Axelrod, Esq.
The Employment Law Group, LLC
8 Lunar Drive
Woodbridge CT 06525
Fed. Bar No. ct 00309
Tel: (203) 389-6526
Fax: (203) 389-2656

2

## Certification

This is to certify that a copy of the foregoing was mailed first class mail, postage pre-paid this 24th day of December 2003 to the following counsel of record:

Paul Dorsi, Esq.
Donahue, Votto & DeGenaro, PC
415 Main Street
West Haven CT 06516

Thomas E. Katon
Sussman, Duffy & Segeloff, PC
55 Whitney Avenue
New Haven CT 06507

_____
Eugene N. Axelrod