UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
Jan 7  7 34 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

Richard MASSARO,
    Plaintiff,
vs.

Civil No. 3:02cv537 (PCD)

ALLINGTOWN FIRE DISTRICT, ET AL
    Defendant.

## ORDER

Plaintiff moves for an extension of time to comply with the trial preparation order ("TPO") [Doc. No. 77] and to postpone jury selection [Doc. Nos. 73 and 77]. Defendants, based on Plaintiff's failure to comply with Part A of the TPO, move for an extension of time to comply with Part B of the TPO [Doc. No. 79]. To the extent that Plaintiff's Motions are based on his initial failure to receive the TPO, Plaintiff has not shown good cause. Crediting counsel's claim of non-receipt of the TPO, the fact of the TPO was known to counsel on or about December 9, 2003, as a result of a phone call from defense counsel. Shortly thereafter, Plaintiff's counsel received a copy of the TPO from opposing counsel yet no compliance was submitted. Plaintiff chose only to file a motion for extension of time, apparently taking no action to comply in the meantime. On December 9, 2003, this Court ordered Part A compliance on December 12, as no reasonable explanation was afforded as to why no compliance was filed despite the fact that a month had passed since the copy was obtained. However on December 12, 2003, as a result of Plaintiff's counsel's illness, an extension was granted setting the deadline for Part A compliance on December 24, 2003. Plaintiff now claims continued illness and requests another extension. Counsel's Doctor represents that he will be able to return to his professional duties in early

1

January. Accordingly Plaintiff's and Defendant's Motions for Extension of Time to comply with the TPO [Doc. No. 77 and 79] are **granted** and Part A shall be complied with on or before January 16, 2004, Part B on or before January 23, 2004, and Part C on or before January 30, 2004. However, Plaintiff's requests to postpone jury selection [Doc. Nos. 73 and 77] are **denied**. Jury selection will take place on January 9 and the trial will be scheduled to begin on or after January 30, 2004.

SO ORDERED. Dated at New Haven, Connecticut, January 6, 2004.

Peter C. Dorsey, U.S. District Judge
United States District Court