2CV537END81

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
JAN 7  12 34 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

Richard MASSARO,  :
    Plaintiff,  :
vs.  :   Civil No. 3:02cv537 (PCD)
    :
ALLINGTOWN FIRE DISTRICT, ET AL  :
    Defendant.  :

### ENDORSEMENT ORDER

Defendants' Motion for Order of Notice [Doc. No. 81] is **granted**. Defendants shall cause notice of this Court's prior Order [Doc. No. 66] to be published in the Bennington Banner once a week for two successive weeks, with compliance to begin on or before January 9, 2004.

SO ORDERED. Dated at New Haven, Connecticut, January 6, 2004.

                                        Peter C. Dorsey, U.S. District Judge
                                        United States District Court