UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Jan 8  3 01 PM '04

| | |
|---|---|
| RICHARD F. MASSARO<br>Plaintiff | :<br>: CIVIL CASE NO.<br>: 3:02CV537 (PCD) |
| v. | : |
| ALLINGTOWN FIRE DISTRICT, et al<br>Defendants | : January 8, 2004<br>: |

## MOTION FOR EXCEPTION TO SUPPLEMENTAL ORDER

Attorney Eugene N. Axelrod, Esq. on behalf of the Employment Law Group, LLC submits this Motion for Exception To Supplemental Order in support of the accompanying Ex Parte Motion to Seal and Ex Parte Motion to Withdraw as Counsel in the above captioned case for the following reasons:

1. Plaintiff's Motion falls within the exception to the Supplemental Order pursuant to subsection 1(m).

2. The instant Motions are submitted for the above captioned case which is now approaching trial and relate to the conduct of the trial.

Respectfully Submitted,

By: _____
Eugene N. Axelrod, Esq.  (ct 00309)
The Employment Law Group, LLC
8 Lunar Drive
Woodbridge CT 06525
Tel: (203) 389-6526
Fax: (203) 389-2656

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed via certified mail this 8th day of January 2004 to the following:

Richard Massaro
15 Bottle Drive
West Haven CT 06516

_____
Eugene N. Axelrod