cv/vjysel (January 18, 2002)

HONORABLE PCD
DEPUTY CLERK P. Villano   RPTR/ERO/TAPE _____

TOTAL TIME: ____ hours ____ minutes

DATE 1/9/04   START TIME 9:00   END TIME 4:55
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

Massaro

vs.

Allington Fire District

CIVIL NO. 3:02cv537 PCD

Eugene Axelrod
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Paul Dorsi
Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

☐ ... ☐ (call./h) Call of the Calendar held   ☐ (call./set) Call of the Calendar over to _____
☑ ... ☑ (jyselect./h) Jury Selection held   ☐ Jury Selection continued until _____
☐ ...# Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ...# Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ...# Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ...# Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ...  _____   ☐ filed ☐ docketed
☐ ...  _____   ☐ filed ☐ docketed
☐ ...  _____   ☐ filed ☐ docketed
☐ ...  _____   ☐ filed ☐ docketed

☑ 28 # jurors present
☑ Voir Dire oath administered by Clerk ☐ previously administered by Clerk
☑ Voir Dire by Court
☑ Peremptory challenges exercised (See attached)
☑ Jury of 10 drawn (See attached) ☑ and sworn ☐ Jury Trial commences
☐ Remaining jurors excused
☐ Discovery deadline set for _____
☐ Disposition Motions due _____
☐ Joint trial memorandum due _____
☑ Trial continued until 2/9 at 10:00

☑ COPY TO JURY CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Massaro

vs.

Allington Fire District

CASE NO. 3:02cv537 PCD

## CIVIL CHALLENGES

1. 14 Starr, Sandra
2. 20 Bisbee-Simons, Pamela
3. 61 Bracy, William
4. 31 Satkowski, Dana
5. 18 Demetropoulos, Sharon
6. ___
7. ___
8. ___

1. ___
2. ___
3. ___
4. ___
5. ___
6. ___
7. ___
8. ___

Counsel for Plaintiff (s)

Eugene Axelrod

Counsel for Defendant (s)

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Massaro

vs.

Allington Fire District

CASE NO. 3:02cv537 (PCD)

## CIVIL CHALLENGES

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____
7. _____
8. _____

1. #4 Wall, Bradford S
2. #11 Tetrault, Thomas R
3. #17 Porter, Deborah
4. #26 Bender, Darrel P
5. #41 Paulsen Albert C
6. _____
7. _____
8. _____

Counsel for Plaintiff (s)

_____

_____

_____

Counsel for Defendant (s)

Thomas E. Katon

Paul J. Dorsi

_____

Judge's List

Judge: PETER C. DORSEY
Event: 3:98CV1035(PCD)
Description: DUNKLEY V DUARTE

Date: 1/9/04
Time: 9:09 AM

*[handwritten: 3:02cv 537 Massaro v. Allington trial 2/9]*

| Random No. | Part No. | Pool Seq. | Name | Code |
|---|---|---|---|---|
| 1 | 100175384 | 01-0119 | STEVENS, JANE H — REALTOR SECRETARY — HAMDEN  *2/3, 1/26* | CP |
| 2 | 100079172 | 01-0043 | ANDERSON, CONSTANCE S — REALESTATE SALES — OLD LYME | J1 |
| 3 | 100067744 | 01-0077 | MYNARSKI, VICTOR B — RETIRED — UNCASVILLE | |
| 4 | 100075600 | 01-0041 | WALL, BRADFORD S *Short* — ENGINEER — NORWICH | PD |
| 5 | 100174377 | 01-0124 | ARESCO, SHERRY E — MEDICAL SECRETARY — EAST HAMPTON  *2/5* | ~~—~~ |
| 6 | 100156301 | 01-0080 | RYAN, JAMES E — MACHINE WORKER — CHESHIRE | |
| 7 | 100145267 | 01-0085 | STEVENS, MARK ALLAN — ENGINEER — EAST HAMPTON | |
| 8 | 100166922 | 01-0022 | JACOBSEN, JUDITH A — CLERK — MILFORD  *2/16 - 2/20* | |
| 9 | 100139431 | 01-0026 | NATALE, SHARON L — PURCHASING — WATERBURY | |

Legend: J=Jury  A=Alternate  NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff  PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

Judge's List

Judge: PETER C. DORSEY
Event: 3:98CV1035(PCD)
Description: DUNKLEY V DUARTE

Date: 1/9/04
Time: 9:09 AM

Random
| No. | Part No. | Pool Seq. | Name | | Code |
|---|---|---|---|---|---|
| 10 | 100160988 | 01-0037 | MCLAUGHLIN, BONITA L<br>WEST HAVEN — RECEPTIONIST | | |
| 11 | 100139895 | 01-0084 | **TETRAULT, THOMAS R**<br>MIDDLETOWN — WATER UTILITY WORKER | | PD |
| 12 | 100079082 | 01-0087 | **WHEELER, BARBARA A**<br>STONINGTON — SALES/CLERK | 2/26 - 3/4 | J2 |
| 13 | 100078928 | 01-0110 | **COOKE, MICHAELE C**<br>GROTON — INTERIOR DESIGNER | 1/15 - 2/8 | |
| 14 | 100055215 | 01-0089 | **SHARR, SANDRA A**<br>NOANK — ATTORNEY | 1/10 - 16, 1/27<br>2/4, 5, 6 | PP |
| 15 | 100133685 | 01-0012 | HAMBERG, DELLA G<br>OLD SAYBROOK — BUSINESS OWNER | | J3 |
| 16 | 100167834 | 01-0079 | **TURMAN, MICHAEL J**<br>ANSONIA — WAREHOUSE WORKER | | |
| 17 | 100179380 | 01-0020 | **PORTER, DEBORAH E**<br>PROSPECT — SECRETARIAL | 1/1 - 1/31 | PD |
| 18 | 100165350 | 01-0044 | **DEMETROPOULOS, SHARON LEE**<br>HAMDEN — SELF EMPLOYED | | PP |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: PETER C. DORSEY  
Event: 3:98CV1035(PCD)  
Description: DUNKLEY V DUARTE

Date: 1/9/04  
Time: 9:09 AM

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| ~~19~~ | 100069997 | 01-0036 | SIISMETS, AVO ERIK<br>OAKDALE | MECHANICAL ENGINEER | 1/30 - 2/2 |
| ~~20~~ | 100171394 | 01-0027 | BISBEE-SIMONDS, PAMELA B<br>GUILFORD | RETIRED | 1/14 - 1/15<br>2/2 - 2/10    PP |
| ~~21~~ | 100141768 | 01-0125 | LUNDBERG, NANCY M<br>GUILFORD | RETIRED | |
| ~~22~~ | 100179321 | 01-0081 | CAREY, CAROL A<br>EAST HAMPTON | RETIRED | |
| ~~23~~ | 100067551 | 01-0104 | CHREIMAN JR, PAUL E<br>COLCHESTER | SALES | 1/19 - 23 |
| ~~24~~ | 100130034 | 01-0076 | SANCOMB, JOHN T<br>HAMDEN | CONSULTANT | 2/1 - 15 |
| ~~25~~ | 100171986 | 01-0107 | MICHELANGELO, MARIA N<br>NORTHFORD | CLERK | |
| ~~26~~ | 100173578 | 01-0013 | BENDER, DAVID P<br>GUILFORD | VP OPERATIONS | 2/16 - 20    PD |
| 27 | 100127729 | 01-0062 | DELEO, MARISA ANN<br>MILFORD | DUCK POND PRE SCH | J$ |

Legend: J=Jury  A=Alternate  NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff  PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: PETER C. DORSEY  
Event: 3:98CV1035(PCD)  
Description: DUNKLEY V DUARTE  

Date: 1/9/04  
Time: 9:09 AM

### Random

| No. | Part No. | Pool Seq. | Name | | Code |
|---|---|---|---|---|---|
| 28 | 100149564 | 01-0094 | LEPRI, VERONICA M<br>WALLINGFORD — FINANCIAL SPECIALIST | | J6 |
| 29 | 100068772 | 01-0058 | BOLTZ, LELAND W<br>UNCASVILLE — ENGINEER | | J6 |
| 30 | 100078347 | 01-0068 | FOSTER, CHRISTOPHER P<br>FARMINGTON — ASST DIR ADMISSIONS | 2/1 - 2/28 | |
| 31 | 100158647 | 01-0051 | SATKOWSKI, DANA M<br>BEACON FALLS — MACHINE OPERATOR | | PP |
| 32 | 100178224 | 01-0017 | PATTERSON, MELANIE<br>DURHAM — MED SONOGRAPHER | | CP |
| 33 | 100150300 | 01-0042 | WYNNE, TRICIA A<br>BRANFORD — RESEARCHER | 1/30 - 2/5<br>2/12 - 2/16 | |
| 34 | 100075244 | 01-0123 | SCHICK, ALAN R<br>MYSTIC — CARPENTER | | |
| 35 | 100078739 | 01-0074 | EVANS, PATRICIA K<br>VOLUNTOWN — SECRETARY | | |
| 36 | 100067525 | 01-0083 | WILBUR, THOMAS G<br>GALES FERRY — APPLICATION ANALYST | | |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: PETER C. DORSEY  
Event: 3:98CV1035(PCD)  
Description: DUNKLEY V DUARTE  

Date: 1/9/04  
Time: 9:09 AM

Random

| No. | Part No. | Pool Seq. | Name | | Code |
|---|---|---|---|---|---|
| ~~37~~ | 100170735 | 01-0095 | MELLING, JAMES A<br>NEW HAVEN — INDUSTRIAL DESIGNER | | |
| ~~38~~ | 100167085 | 01-0091 | MORAN, MATTHEW T<br>EAST HAVEN — DENTAL SALES | | |
| ~~39~~ | 100138130 | 01-0069 | KOSOWSKY, BARRY L<br>EAST HAVEN — ACCOUNTING MGR | | |
| 40 | 100161810 | 01-0054 | HOBBS, WAYNE P<br>NEW HAVEN — PRINTER | | J8 |
| ~~41~~ | 100127210 | 01-0049 | PAULSEN, ALBERT C<br>BRANFORD — RETIRED | 2\|23-27-vac | PD4 |
| ~~42~~ | 100127587 | 01-0047 | STRZEPEK, CATHY G<br>WESTBROOK — HOUSEWIFE | | |
| 43 | 100069600 | 01-0030 | LATAILLE-SANTIAGO, CHRISTINE A<br>WINDHAM — BANKER | | J8 |
| 44 | 100075586 | 01-0005 | CHERNOVITSKY, BELLA<br>NEW LONDON — SUPPLY ANALYST | 1\|21-2\|4 | J9D |
| 45 | 100079070 | 01-0118 | TASCA, ROBBIE B<br>WEST MYSTIC — AUTO DEALER G.M. | | J10 |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

Judge's List

Judge: PETER C. DORSEY  
Event: 3:98CV1035(PCD)  
Description: DUNKLEY V DUARTE

Date: 1/9/04  
Time: 9:09 AM

**Random**

| No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| 46 | 100171595 | 01-0088 | BRAMAN, BARRY W<br>HAMDEN | RETIRED | |
| ~~47~~ | 100079952 | 01-0001 | VALLOMBROSO, IRENE C<br>OLD LYME | MILITARY SERVICE | 2/11 - 26 |
| 48 | 100175744 | 01-0045 | ARMETTA, CARL R<br>MIDDLETOWN | BUSINESS OWNER | |
| ~~49~~ | 100167168 | 01-0008 | JAQUIERY, EDITH G<br>NORTH BRANFORD | TRAINING MGR | 1/23, 1/28, 2/6,<br>2/9, 18, 20, 23,<br>25 + 27 |
| 50 | 100132909 | 01-0113 | TRUINI, PAUUL<br>OXFORD | SYSTEM ENGINEER | |
| ~~51~~ | 100134695 | 01-0059 | WRONSKI, RICHARD P<br>HAMDEN | ADJUNCT INSTRUCTOR | - Feb |
| 52 | 100070905 | 01-0018 | MAIN, RENEE<br>BOZRAH | EXECUTIVE OFFICER | 1/14 - 21<br>2/18 - 24, 27 |
| ~~53~~ | 100139426 | 01-0009 | BARBARA, FRANK R<br>NORTH HAVEN | RETIRED | CP |
| 54 | 100147561 | 01-0111 | LEE, DALE T<br>MIDDLETOWN | INFO SVS TECH | |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: PETER C. DORSEY  
Event: 3:98CV1035(PCD)  
Description: DUNKLEY V DUARTE

Date: 1/9/04  
Time: 9:09 AM

### Random

| No. | Part No. | Pool Seq. | Name | Code |
|---|---|---|---|---|
| 55 | 100080776 | 01-0070 | BELL, JANE T<br>MYSTIC — REAL ESTATE BROKER | |
| 56 | 100166649 | 01-0040 | SWANSON, CYNTHIA F<br>NORTH BRANFORD — SECRETARY | |
| 57 | 100147914 | 01-0050 | STILKEY, HAZEN O<br>WOLCOTT — RETIRED | |
| 58 | 100166041 | 01-0046 | RIVERA-DEFELICE, ANNETTE  —Short<br>EAST HAVEN — STORE MANAGER | |
| 59 | 100177722 | 01-0099 | GOODE, RICHARD F<br>MIDDLEBURY — TARIFF MGMT | |
| 60 | 100143221 | 01-0016 | TVARDZIK, MICHAEL J   2/9 - 2/27<br>ANSONIA — INSPECTOR | |
| 61 | 100123399 | 01-0010 | BRACEY, WILLIAM H<br>NAUGATUCK — CHAUFFEUR LIMOUSINE | PP |
| 62 | 100067964 | 01-0065 | CUMMINGS, PAUL<br>OAKDALE | |
| 63 | 100177100 | 01-0103 | WILLIAMS, TIRRELL M<br>NEW HAVEN — CNA | |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

Judge's List

Judge: PETER C. DORSEY
Event: 3:98CV1035(PCD)
Description: DUNKLEY V DUARTE

Date: 1/9/04
Time: 9:09 AM

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| 64 | 100079508 | 01-0092 | THOMAS, RHONDA K<br>CUSTODIAN<br>OAKDALE | | |
| 6̶5̶ ✓ | 100151974 | 01-0034 | SCHECHTER, KRISTEN L<br>SOCIAL WORKER<br>CHESHIRE | | CP |
| 66 | 100131745 | 01-0003 | MASSIE, JEANNETTE<br>SOFT LINE DEPT MGR<br>NAUGATUCK | | |
| 67 | 100140103 | 01-0025 | GREENE JR, LAWRENCE G<br>HOUSEKEEPING<br>NEW HAVEN | | |
| 68 | 100161238 | 01-0105 | CHALMERS, DOUGLAS A<br>PROFESSOR<br>KILLINGWORTH | | |
| 69 | 100080532 | 01-0060 | GOODE, DEBORAH K<br>NORWICH | 1/27 | |
| 70 | 100135595 | 01-0019 | SUROWIECKI, ROBERT S<br>Electrician<br>MERIDEN | | |
| 71 | 100155157 | 01-0023 | LEPRE JR, JAMES D<br>CLERK<br>BRANFORD | | |
| 72 | 100178436 | 01-0011 | PORCU, THERESA<br>MEMBERSHIP COORD<br>DERBY | after 2/15<br>& 1/27 | |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: PETER C. DORSEY  
Event: 3:98CV1035(PCD)  
Description: DUNKLEY V DUARTE

Date: 1/9/04  
Time: 9:09 AM

### Random

| No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| ~~73~~ | 100141177 | 01-0038 | KUIVILA, RONALD J<br>MIDDLETOWN — PROFESSOR | 1/30 - 2/15 | |
| ~~74~~ ✓ | 100067721 | 01-0098 | **ROLLA, WILLIAM R**<br>VOLUNTOWN — ELECTRICAL ENGINEER | | CP |
| 75 | 100175514 | 01-0006 | **HANDY, LORALEI E**<br>NEW HAVEN — MACHINE OPEATOR | | |
| 76 | 100077830 | 01-0112 | **WHEELER, SANDRA S**<br>WATERFORD — RETIRED | 2/18 - 3/1 | |
| 77 | 100079171 | 01-0064 | **SETEVAGE, KRISTEN A**<br>GALES FERRY — STUDENT | 2/15 - after<br>1/12 - 16 | |
| 78 | 100164944 | 01-0048 | **GREEN, CHERYL L**<br>NEW HAVEN | 1/21 & 29 | |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

Page 9 of 9