United States District Court
District of Connecticut
FILED AT      NEW HAVEN

Jan  9               2004

Kevin F. Rowe, Clerk
By   P. A. Villano
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RICHARD F. MASSARO                    :

VS.                                   : No. 3:02CV00537 (PCD)

ALLINGTOWN FIRE DISTRICT, et als      :

ORDER

Dissention between plaintiff and his attorney has prompted the latter to request

withdrawal on the eve of jury selection and trial to follow. Accordingly it is ordered:

1) Plaintiff shall, no later than January 16, 2004, file with the court, on a form provided to

him by Attorney Axelrod, a statement that he has or has not resolved his differences with his

attorney and that he wishes or does not wish to continue to be represented by Attorney Axelrod.

An affirmative statement can be filed only if there is some resolution of his fee obligations.

2) If plaintiff's statement is in the affirmative, the request to withdraw will be denied.

3) If plaintiff's statement is in the negative or if plaintiff fails to file a statement, the

request will be granted and plaintiff will be obliged, also by January 16, 2004, to have filed with

the court, in a form supplied by Attorney Axelrod, a pro se appearance indicating his choice to

represent himself or he shall have arranged and caused the filing of an appearance by a

replacement attorney who will have agreed to represent him.

4) On January 16, 2004, if plaintiff has failed to agree to continue with Mr. Axelrod

representing him or, failing to so agree also fails to file a pro se appearance or to have a

replacement attorney file an appearance in plaintiff's representation, Attorney Axelrod's

withdrawal will be  granted and the case will be dismissed for failure of plaintiff to appear.

5) In any event, a jury will be selected on January 9, 2004 and the actual trial will

commence on February 9, 2004. Plaintiff and any replacement counsel will be regarded as taking whatever steps compliant with this order with a full understanding and agreement that no delay will be expected or requested in the date of commencement of trial.

SO ORDERED:

Dated at New Haven, Connecticut this 9th day of January

PETER C. DORSEY
UNITED STATES DISTRICT JUDGE