UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD F. MASSARO | : |
| | : |
| VS. | :  CASE NO. 3:02CV537 (PCD) |
| | : |
| ALLINGTOWN FIRE DISTRICT | : |

## ENDORSEMENT ORDER

The Motion for Exception to Supplemental Order, document no. 87, is GRANTED.

SO ORDERED. Dated at New Haven, Connecticut, this 13th day of January, 2004.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court