FILED

2004 JAN 29 P 5: 02

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD F. MASSARO | : | CIVIL CASE NO. |
| PLAINTIFF, | : | 3:02CV537(PCD) |
| V. | : | |
| ALLINGTOWN FIRE DISTRICT, ALLINGTOWN BOARD OF FIRE COMMISSIONERS, LOUIS ESPOSITO, JOHN SAMPERI AND AARON HALEY | : | January 27, 2004 |
| DEFENDANTS. | : | |

## STIPULATION OF DISMISSAL

The plaintiff, Richard Massaro by his Attorney, Eugene N. Axelrod, and the defendants Allingtown Fire District, Allingtown Board Of Fire Commissioners, Louis Esposito, and Aaron Haley by their Attorney Paul Dorsi hereby agree to the dismissal of the above captioned case with prejudice and without costs to all parties subject to the conditions as set forth upon the record on Tuesday, January 20, 2003. Agreed and accepted by:

1

| | |
|---|---|
| The Plaintiff,<br>Richard Massaro<br><br>By_____<br>Eugene N. Axelrod, Esq.<br>The Employment Law Group LLC<br>8 Lunar Drive<br>Woodbridge, CT 06525<br>(203) 389-6526<br>Fed. Bar: ct00309<br><br>His Attorney | The Defendants<br>Allingtown Fire District et al.<br><br>By_____<br>Paul Dorsi, Esq.<br>Donahue, Votto & DeGennaro<br>415 Main Street<br>West Haven, CT 06516<br>(203) 934-6337<br>Fed. Bar No. Ct11864<br><br>Their Attorney |

2

## **CERTIFICATION**

This is to certify that a copy of the above captioned motion pursuant was sent via facsimile this 27th day of January, 2004 to the following attorney of record:

Paul Dorsey, Esq.
Donahue, Votto & De Gennaro, P.C.
415 Main Street
West Haven, CT 06516
Fax No. 203.932.5967

Eugene N. Axelrod

M: dismissal case