# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD F. MASSARO | : | |
| | : | |
| vs. | : | CIVIL NO. 3:02CV537 (PCD) |
| | : | |
| ALLINGTOWN FIRE DISTRICT, | : | |
| ET AL. | : | |

## ORDER RE: STIPULATION OF DISMISSAL

Based on the stipulation signed by the parties in this case, and pursuant to Rule 41, the case is hereby dismissed as to all defendants, including John Samperi, by their attorney Paul Dorsi. The Court reserves to the parties the right to reopen the case for the purpose of executing the provisions in the settlement agreement, and retains jurisdiction for that purpose.

Dated at New Haven, Connecticut, this 30th day of January, 2004.

_____/s/_____

Hon. Peter C. Dorsey
United States District Judge